NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JETAIRE AEROSPACE, LLC,**

*Plaintiff/Counterclaim Defendant-Appellee*

**JETAIRE FLIGHT SYSTEMS, LLC, MICHAEL D. WILLIAMS,**

*Counterclaim Defendants-Appellees*

**v.**

**AERSALE INC.,**

*Defendant/Counter-Claimant-Appellant*

---

2025-2110

---

Appeal from the United States District Court for the Southern District of Florida in No. 1:20-cv-25144-DPG, Judge Darrin P. Gayles.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                          JETAIRE AEROSPACE, LLC v. AERSALE INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

April 9, 2026
   Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE** (as to 2025-2110 only):
April 9, 2026